No. 84–1198.   TEXAS v. MCCULLOUGH.   Ct. Crim. App. Tex. Certiorari granted.

No. 84–1503.   CHICAGO TEACHERS UNION, LOCAL NO. 1, AFT, AFL–CIO, ET AL. v. HUDSON ET AL.   C. A. 7th Cir.   Certiorari granted.

No. 84–1077.   WHITLEY, INDIVIDUALLY AND AS ASSISTANT SUPERINTENDENT, OREGON STATE PENITENTIARY, ET AL. v. ALBERS.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1259.   DOW CHEMICAL CO. v. UNITED STATES, BY AND THROUGH ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY.   C. A. 6th Cir.   Certiorari granted and case set for oral argument in tandem with No. 84–1513, *California* v. *Ciraolo* [certiorari granted, 471 U. S. 1134].

No. 83–2067.   MOURAD v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–1007.   NEW YORK v. FERRO.   Ct. App. N. Y.   Certiorari denied.

No. 84–1120.   COMMITTEE ON PROFESSIONAL STANDARDS v. VON WIEGEN.   Ct. App. N. Y.   Certiorari denied.

No. 84–1193.   MISSOURI v. SETTLE.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 84–1233.   TRUCKEE-CARSON IRRIGATION DISTRICT v. SECRETARY OF THE INTERIOR ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–1310.   CULL, ADMINISTRATOR OF THE ESTATE OF CULL, ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 84–1326.   LAPLACA v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.